1531 ROSS vs. BARBER (Recorder, Bay City), No. 12050.

To compel respondent to draw and deliver an order for relator's services as alderman.

Denied June 10, 1891.

Petitioner had been elected an alderman of the fifth ward of Bay City. The Legislature afterwards passed an act redividing the city, and vacancies were declared and others. appointed.